IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD BOATMAN,<br><br>        Plaintiff,<br>  v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No.: 6:23-cv-01144-AN<br><br>ORDER |

        Pursuant to the parties' Unopposed Application for Fees Pursuant to EAJA, ECF [23], it is hereby ORDERED that attorney fees in the amount of $5,870.88 are awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The award will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasure Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

        If plaintiff has no such debt, then the award shall be made by check payable and mailed to plaintiff's attorney as follows: Bruce Brewer, P.O. Box 421, West Linn, Oregon 97068. If plaintiff has such debt, then the check for any remaining funds after offset shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

        DATED this 12th day of November, 2024.

                                                  /s/ Adrienne Nelson
                                                Adrienne Nelson
                                                United States District Judge